IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATTY SKARBEK, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI,[1] | : | No. 21-1243 |
|     Defendant. | : | |

**ORDER AND JUDGMENT**

    AND NOW, on January 24, 2022, upon consideration of Plaintiff Patty Skarbek's Brief in Support of her Request for Review and the Commissioner's Response, it is ORDERED:

1. Plaintiff's Motion for Summary Judgment (doc. 13) is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                            BY THE COURT:

                                            /s/ *Timothy R. Rice*
                                            TIMOTHY R. RICE
                                            U.S. MAGISTRATE JUDGE

---

[1]     Pursuant to Fed. R. Civ. P. 25(d) and 42 U.S.C. § 405(g), Kijakazi was automatically substituted into cases brought against the Commissioner upon his appointment.